UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-134 |
| v. | * | SECTION:  M(3) |
| MICHEAL WOOTEN | * | |

* * *

## UNOPPOSED MOTION FOR SUBPOENA

NOW INTO COURT, through undersigned counsel, comes Micheal Wooten, who moves this Honorable Court for an Order to issue a *Subpoena (Duces Tecum)* pursuant to Rule 17 of the Federal Rules of Criminal Procedure to the Veterans Affairs Office in order to more expeditiously obtain his records for purposes of preparing for sentencing, which has been set for July 22, 2021 in the above captioned matter.

I.

Micheal Wooten has requested his records from Veterans Affairs but has been informed it may take up to ten (10) months to obtain them.  Sentencing is currently scheduled for July 22, 2021.

II.

Mr. Wooten, pursuant to F.R.Cr.P. 17(c), moves for a subpoena to obtain and review his records in advance of sentencing.

III.

The Counsel for the Government has no opposition to Mr. Wooten's motion for a subpoena in order to more expeditiously obtain his medical records.

WHEREFORE, Mr. Wooten requests that an Order for a *Subpoena (Duces Tecum)* pursuant to Fed. R. of Cr.P. 17 issue, and for any and all equitable relief.

>Respectfully submitted,
>/s/ Amos J. Cormier, III
>Attorney for the Defendant
>Amos Cormier Attorney at Law, LLC
>P.O. Box 7280
>Belle Chasse, LA.  70037
>Tel: (504) 343-2667
>E-mail: amoscormieresq@gmail.com

### **CERTIFICATE**

I, the undersigned, hereby certify that a true, exact and complete copy of the foregoing has been filed electronically using this Court's Electronic Case Filing System (ECF), and thereby has been served upon all counsel of record by electronic transmission of the date of filing.

>/s/ Amos J. Cormier, III
>Amos J. Cormier, III