UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-134 |
| v. | * | SECTION:  M(3) |
| MICHEAL WOOTEN | * | |
| | * * * | |

## SENTENCING MEMORANDUM

In 1984, Second Class Petty Officer Micheal Wooten was serving his country and government aboard the U.S.S. Paul FF1080.  During a war in Lebanon, a bomb exploded in the barracks of stationed troops killing Two Hundred and Forty-Two (242) American Service Men.  While shelling Lebanon and on full combat alert, Second Class Petty Officer Micheal Wooten was ordered to crawl into the water drum below deck to repair the flange of the U.S.S. Paul FF1080.  The water drum is a narrow cylinder nicknamed the "coffin," because of the way it tightly wrapped around a man inhibiting any lateral movement.  Possibly due to the bombing, someone locked the water drum while Micheal was finishing fixing the flange.  He was trapped with no escape and began screaming for help, but no one could hear him and there was no way out – as the cylinder afforded him less movement than an M.R.I.!  His mind raced wildly, the crew had been advised of subsurface water mines and he knew that if one were hit, this would be his watery grave!

As can be expected, Micheal suffered P.T.S.D. and claustrophobia (fear of confinement) from his combat service to his country and government.  Micheal was honorably discharged and won military awards for his service.  Micheal has always been a working man, never laying idle, unless he was ordered to by a physician.  His pay never reflected his honorable service to his country, government and society.  Micheal fell behind on some debts, and when confiding in a friend/acquaintance, he was enticed to assist other crewmates to obtain maritime licenses which would entitle them to earn more money as well as put some money in his pocket to try to make things right with his creditors.  When the U.S. Coast Guard (hereafter "USCG") approached him about his act of *malum prohibitum*, Micheal. accepted responsibility.

History

Beginning in February of 1980, and for 26 years, Micheal served his country and government honorably, first in the U.S. Navy and then in the U.S. Military Sea Lift Command. In 1984, Boiler Technician Second Class Petty Officer ("E5") Micheal Wooten saw combat duty in the Middle East while serving our country and government on the U.S.S. Paul FF1080.  This traumatic experience,[1] caused M.W. Post Traumatic Stress Disorder (PTSD), from which he has suffered to this day, along with accompanying mental health issues resulting from his combat service in Beirut, Lebanon, when Two Hundred and Forty-Two (242) American Service Members lost their life, during the Lebanese Civil War bombing.[2]

In February 1989, Micheal Wooten continued to serve his country and government in the U.S. Military Sea Lift Command, because it paid more money.  He served there until October 2002, when he was severely burned on several parts of his body when a steamline on a U.S. Navy Ship bursts, placing him on worker's compensation in 2002 for five (5) years.

When worker's compensation ceased to pay him, he re-applied for work with the U.S. Military Sea Lift Command.  He was informed that he could return to work for them, but that he would be given only ninety (90) days to pay off his arrears in child support from his 1995 Alabama Divorce & Child Support Judgment in the amount of approximately $400/month. Micheal Wooten is African American, the banks did not score him as a good credit risk and he did not have the money to pay off the child support arrears, so, he decided to go work in the private sector in an attempt to earn more money.  First he worked for Weeks Marine, and then found slightly higher compensation with Edison Chouest.

It was while working at Chouest, on offshore oil & gas service vessels, that Micheal made the acquaintance of Beverly M., an employee of the U.S. Coast Guard.  Even though Micheal had years of experience doing the job he was doing, the U.S. Navy and the U.S. Coast Guard, do not recognize the credentials of each other. Thus, Micheal needed a U.S. Coast Guard License to do his job for Chouest to earn more money.  The relationship between Beverly M and Micheal was more than just friends, it became intimate.  When Beverly M. learned of Micheal's money problems, that had been exacerbated by a gambling problem – an escape from the PTSD – she offered a solution.  Beverly M. suggested to him that she might be able to help him with his

---

[1] After the 1984 bombing, the lobbying chorus demanding war would have won, but for President Reagan listening to his Secretary of Defense, Caspar Weinberger, who prudently advised to pull out of the Lebanese Civil War.
[2] Setting the Record Straight: The 1984 Beirut Barracks Bombing - Global ResearchGlobal Research - Centre for Research on Globalization

money problems and he could help other crewmates, as his military training taught him – to leave no man behind.  Unfortunately, her suggestion was *malum prohibitum*.

Conspiracy to Defraud the United States

As stated in our objections to the original draft of the Presentence Investigation Report ("PSR"), which we incorporate by reference *in extenso* herein, this Conspiracy to defraud the United States would not have occurred but for the U.S. Coast Guard being lax and failing to properly supervise and train its personnel.  Micheal has never worked for the U.S. Coast Guard, so he should not be viewed as a principal actor and said fact should serve as a mitigating factor. The Conspiracy consisted of U.S. Coast Guard employees being paid to give people fraudulent test scores, where some individuals did not even show up to take the exam.  Micheal in fact never fixed a test score, nor could he have, as he never was employed by the U.S. Coast Guard.

To reiterate from the objections to the PSR, the base offense level of the Conspiracy to defraud the United States is 12.  The PSR attempts to increase that number by adding 14 more points, arguing that the estimated wages earned by other seamen via a contract with their employers should be accounted as a gain for Micheal Wooten – despite the fact that there is no privity of contract between Micheal and the contracts between other seamen and their employers.

Moreover, in an attempt to make this crime look worse than what it is, the U.S. Coast Guard argues it created major safety concerns – but it cannot cite to one accident at sea caused by these unearned credentials via the rigging of test scores.  The fact that the U.S.C.G. Byzantine regulatory scheme refused to recognize Micheal's U.S. Navy experience and credentials is more reflective of some internal governmental, jurisdictional turf battle than it is reflective of logic.  A seaman's experience is a seaman's experience, credentialed or not.

Life on the sea is a perilous one.  While seaman must be physically fit for the job, they are generally not the most educated and are usually not the best test takers.  The old drunken sailor stories abound.  Wooten engaged in prohibited conduct clearly, but the circumstances of his life and the fact that he has a zero for criminal history, all constitute mitigating factors that warrant a downward variance.

As regards 18 U.S.C. 3553 factors for sentencing, while the U.S. Government, via the USCG, is the "victim" of this conspiracy, we also request that this Honorable Court factor in the

years of military service that Micheal provided honorably to the U.S. Government, and pray that Micheal's years of military service be used to offset a prison sentence. We pray that Micheal's honorable combat service off the coast of Beirut for the U.S. Government "victim" in this case offset a prison sentence.

Finally, Micheal is a caregiver for his elderly Godmother, who depends upon him regularly for errands and home assistance. To the extent that the U.S. Government via a social service program would be required to provide additional assistance to her if Micheal were incarcerated, arguably it would be more cost effective that as a term of his probation that Micheal be ordered to continue caring for his Godmother.

Wherefore, Honorably Discharged U.S. Navy Combat Veteran Micheal Wooten prays that a downward departure or variance be granted based upon his years of service to the victim and the special circumstances present in this case as well as for any and all equitable relief.

Respectfully submitted,
/s/ Amos J. Cormier, III
Attorney for the Defendant
Amos Cormier Attorney at Law, LLC
P.O. Box 7280
Belle Chasse, LA.  70037
Tel: (504) 343-2667
E-mail: amoscormieresq@gmail.com

### CERTIFICATE

I, the undersigned, hereby certify that a true, exact and complete copy of the foregoing has been filed electronically using this Court's Electronic Case Filing System (ECF), and thereby has been served upon all counsel of record by electronic transmission of the date of filing.

/s/ Amos J. Cormier, III
Amos J. Cormier, III

4