UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-134 |
| MICHEAL WOOTEN | SECTION M |

**O R D E R**

Considering the motion by the United States (R. Doc. 918);

**IT IS ORDERED** that the defendant's offense level shall be decreased by three levels, pursuant to U.S.S.G. § 3E1.1(b), as already reflected in the pre-sentence investigation report.

New Orleans, Louisiana, this 6th day of January, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE