MINUTE ENTRY
ASHE, J.
JANUARY 6, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-134 |
| MICHAEL WOOTEN | SECTION M (3) |

### SENTENCING

| | |
|---|---|
| Courtroom Deputy: | Cherie Charles |
| Court Reporter: | Nichelle Wheeler |
| APPEARANCES: | Chandra Menon, Asst. U.S. Attorney |
| | Amos J. Cormier, III., Counsel for Defendant |
| | Hugo Mejia, U.S. Probation Officer |
| | Michael Wooten, Defendant |

Case called; all present and ready.
Defendant waives additional time to review PSR.
Defendant's objections as to the PSR addressed on the record.
Govt's oral motion for three level reduction for deft acceptance of responsibility–
GRANTED, written motion and order forthcoming.
Defendant's motion for downward variance- DENIED as to request for probation; GRANTED as to below guidelines sentence.
Statement by counsel for deft in mitigation of sentence.
Statement made by family member of deft in mitigation of sentence.
Statement by deft in mitigation of sentence.
Statement by counsel for government.
Deft sentenced as to Count 1 of the Indictment.
See Judgment
The defendant shall self-surrender to the custody of the Bureau of Prisons on or before March 7, 2022.
Defendant released on current bond.
Court adjourned.

JS10:  01:00